UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VINCENT GILLESPIE, individually and on behalf of the Estate of Gregory Gillespie,<br><br>  Plaintiff,<br><br>  v.<br><br>ELSPETH CYPHER et al.,<br><br>  Defendants. | Civil Action No. 20-30050-MGM |

MEMORANDUM AND ORDER RE: REPORT AND
RECOMMENDATION CONCERNING DEFENDANTS'
MOTION TO DISMISS
(Dkt. Nos. 18, 33)

July 23, 2021

On June 30, 2021, Magistrate Judge Katherine A. Robertson recommended that this court dismiss this action with prejudice filed, *pro se*, by Vincent Gillespie ("Plaintiff"). In short, Judge Robertson explained that the *Rooker-Feldman* doctrine bars Plaintiff's claims, which assert injury in relation to a final judgment issued by a state court and affirmed on appeal before Plaintiff brought this federal action; judicial immunity bars the claims against the Associate Justices of the Massachusetts Appeals Court; and Plaintiff fails to state a claim against the Hampshire Superior Court or its Clerk under 42 U.S.C. § 1983. The Report and Recommendation notified Plaintiff that he had fourteen days to file any objections. No objections were filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon *de novo* review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 33.) Accordingly, Defendants' motion to dismiss (Dkt. No. 18) is hereby ALLOWED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE. This case shall

be closed.

    It is So Ordered.

                                            /s/ Mark G. Mastroianni
                                            MARK G. MASTROIANNI
                                            United States District Judge